IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MYRTIS PAULO HART,

    Plaintiff,

v.                                                                                    Civ. No. 21-1124 KG-SCY

FEDERAL BUREAU OF INVESTIGATION, *et al*,

    Defendants.

### ORDER OF DISMISSAL

This matter is before the Court following Plaintiff's failure to prosecute his *pro se* Prisoner Claim for Damage, Injury, or Death. (Doc. 1) (Complaint). The Complaint seeks alleges various entities discriminated against Plaintiff after the Federal Bureau of Investigation "blacklisted" him. (Doc. 1) at 1. The docket reflects a recent mailing to Plaintiff was returned as undeliverable. (Doc. 10). It appears he was released from custody without advising the Court of his new address, as required by D.N.M. LR-Civ. 83.6. By an Order entered March 16, 2022, the Court directed Plaintiff to notify the Clerk of his new address within thirty days. (Doc. 11). Plaintiff was warned that the failure to timely comply may result in dismissal of this case without further notice. The Order was also returned as undeliverable, and Plaintiff did not update his address by the April 15, 2022 deadline. Hence, the Court will dismiss the Complaint without prejudice under Fed. R. Civ. P. 41(b). That rule permits dismissal for the "failure to prosecute [and] comply with the … court's orders." *Olsen v. Mapes,* 333 F.3d 1199, 1204 n. 3 (10th Cir. 2003).

IT IS ORDERED:

1. Plaintiff's Prisoner Claim for Damage, Injury, or Death (Doc. 1) is dismissed without prejudice.

2. The Court will enter a separate judgment closing this civil case.

_____
UNITED STATES DISTRICT JUDGE